

December 4, 2018

**VIA ECF**

Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Rm 21D
New York, NY 10007

Re:     *Whitehead v. Mix Unit, LLC,* 1:17-cv-09476 (VSB-JLC)

Dear Judge Cott:

     We represent Plaintiff Gwendolyn Whitehead ("Plaintiff") in the above-captioned case. We write to respectfully inquire as to the status of Plaintiff's application for default judgment against Defendant Mix Unit, LLC, filed on March 9, 2018 [ECF Docket ("Dkt.") #9].

     By way of background, by order dated April 25, 2018, Judge Broderick granted default judgment to Plaintiff and referred the case to Your Honor to conduct an inquest on damages and attorneys' fees. [Dkt. #14] Plaintiff has not submitted any further documentation in support of her application. Defendant has failed to appear or otherwise defend the action.

     Thank you for your consideration.

                                                  Respectfully Submitted,

                                                  **/richardpliebowitz/**
                                                  Richard P. Liebowitz

                                                  *Counsel for Plaintiff Gwendolyn Whitehead*

